IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 3:04cr10/MCR
  3:11cv152/MCR/EMT

DAVID W. SVETE

_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 7, 2011 (Doc. 1031). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The Government's motion to dismiss (Doc. 1017) is **DENIED**.

3. The Government is directed to respond to the merits of Defendant's motion within thirty (30) days from the date of this order.

**DONE AND ORDERED** this 26th day of August, 2011.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**